# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



U.S.A.

v.                         CASE NUMBER: 96-2422 (HL)

Eduardo Aquino-Sánchez, et al

| MOTION | ORDER |
|---|---|
| **Date Filed:** 2.24.00   **Docket # 22**<br>[x] Plffs  [ ] Defts  [ ] Other<br>**Title:** Motion requesting confirmation of sale | Granted. The sale of the subject property on July 20, 1999, to Rural Development is hereby confirmed. |

Date 2/28/00

HECTOR M. LAFFITTE
Chief U.S. District Judge


